UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
UNITED STATES OF AMERICA,   19 CR 717 (LAK)

- against -

**NOTICE OF MOTION**

DEMETRUES BELL,
                Defendant.
------------------------------------------------------------------x

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law and the exhibits attached thereto, the undersigned will move this Court, before the Honorable Lewis A. Kaplan, in the Southern District of New York, on January 14, 2020, for an Order: (1) suppressing evidence obtained in violation of the Fourth Amendment of the United States Constitution; (2) suppressing Mr. Bell's post-arrest statements elicited by law enforcement prior to him being read his Miranda rights; or (3) granting an evidentiary hearing on this motion; and (4) for such other and further relief as this Court may deem just and proper.

Dated:     New York, New York
            December 9, 2019

            Respectfully submitted,

            Federal Defenders of New York, Inc.

By:    /s/
            TAMARA L. GIWA, ESQ.
            IAN H. MARCUS AMELKIN, ESQ.
            Federal Defenders of New York, Inc.
            Attorneys for Defendant
            **Demetrues Bell**
            52 Duane Street - 10th Floor
            New York NY 10007
            Tel.: (212) 417-8780

TO:     Geoffrey Berman, ESQ.
          United States Attorney
          Southern District of New York
          1 St. Andrew's Plaza
          New York, NY 10007
Attn:   **Nicholas S. Bradley, ESQ.**
          Assistant United States Attorney