UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,

-against-

19-cr-717 (LAK)

DEMETRUES BELL,

                    Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/6/2020

## ORDER

LEWIS A. KAPLAN, *District Judge.*

      The Court will conduct an evidentiary hearing on the motion to suppress on January 13, 2020 at 9:30 am. The government's motion to clarify whether such a hearing will occur [DI-12] is denied as moot. The January 14 court date is cancelled.

      SO ORDERED.

Dated:      January 6, 2020

                                          Lewis A. Kaplan
                                United States District Judge