UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



------------------------------------------------x

UNITED STATES OF AMERICA,

        -against-                                                  19-cr-717 (LAK)

DEMETRUES BELL,

                Defendant.

------------------------------------------------x

## ORDER

LEWIS A. KAPLAN, *District Judge.*

        At the request of defense counsel, the evidentiary hearing scheduled to begin on Monday, 1/13/2020 is rescheduled to Tuesday, 1/14/2020 at 2:00 PM.

        SO ORDERED.

Dated:        January 7, 2020

                                                  _____
                                                  Lewis A. Kaplan
                                                  United States District Judge