UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------x
United States of America,

vs.                                              19 CR 717 (LAK)

DEMETRUES BELL,
                        Defendant.

------------------------------x

TO THE UNITED STATES MARSHAL
SOUTHERN DISTRICT OF NEW YORK:

Defendant Demetrues Bell is released on his on recognizance.

DATED: 1/21/2020

                                              Lewis A. Kaplan
                                          United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JAN 2 1 2020